IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND  [▼] DIVISION
*(Select the Division in which the complaint is filed.)*

| | |
|---|---|
| JAMES F. SNYDER | **Complaint for a Civil Case** |
| | Case No. **2:17 - CV  00352  SU** |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | *(to be filled in by the Clerk's Office)* |
| | Jury Trial:  ☒ Yes  ☐ No  *(check one)* |
| **-against-** | |
| CLAYTON STEVENS | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAMES F. SNYDER
Street Address: 2531 EIMERS LOOP Road
City and County: NEWPORT, PEND ORIELLE COUNTY
State and Zip Code: WASHINGTON, 99156
Telephone Number: (509) 671-4210
E-mail Address: jamessnyder555@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: CLAYTON STEVENS
Job or Title (if known): OREGON STATE PATROL
Street Address: O.S.P./541 Stanton Blvd, Bldg 1
City and County: Ontario, Malheur County
State and Zip Code: OREGON, 97801
Telephone Number: (541) 889-6469
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

|                    |     |
|--------------------|-----|
| State and Zip Code | _____ |
| Telephone Number   | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| Name | _____ |
|---|---|
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| Name | _____ |
|---|---|
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th, 5th and 14th amendments, Deprived Plaintiff without due Process. 4th amendment, Search & Seizure with no search warrant. Violated federal Drug testing laws for Interstate truck driver, D.O.T.

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* JAMES F. SNYDER, is a citizen of the State of *(name)* WASHINGTON.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* CLAYTON STEVENS, is incorporated under the laws of the State of *(name)* OREGON, and has its principal place of business in the State of *(name)* OREGON.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* CLAYTON STEVENS, is a citizen of the State of *(name)* OREGON. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Withholding Evidence had a Ripple Affect, Lost Wages, No Health coverage/Medical costs, and Punitive Damage of 3,000,000.00. But want Jury to Decide Amount*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attatched EXHIBIT 2. Violations were from 3/9/2014 to 5/7/2015 in Malheur County, OR. I found eyewitnesses 11/19/2015. See EXHIBIT 2. Stevens withheld exculpatory evidence 5th 14th amend. causing Wrongful Arrest, Wrongful Conviction. After I found eyewitnesses was able to get a attorney to represent me then we discovered 4th amendment violations and Slander, Defamation by Clayton Stevens to my employer and family.*

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damage is, 4th amendment violation, Urine Sample illegally obtained was not a federal, D.O.T, state Approved test. HAD ripple Affect in state courts and agency's Trooper, Clayton Stevens knew there was eyewitnesses (MYAGE). Stevens Bias Opinion, intentionally withholding exculpatory evidence got me fired, wrongfully Arrested, Convicted and falsely Accused me to courts & employer of being Under the influence. Destroying my career with Slander. I seek relief Because I was DENIED ANY and All HELP! (Back & Future Pay $3,000,000.00 Punitive Damages - and pay for future Counseling for PTSD. I wake up scared and screaming Almost everyday reliving the Assault and hijacking

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/02, 2017.

Signature of Plaintiff: James F. Snyder
Printed Name of Plaintiff: JAMES F. SNYDER

6

**B.** **For Attorneys**

Date of signing: _____, 20____.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |